**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| JAMES HERBERT MANN, JR., #47604 | § | |
| VS. | § | CIVIL ACTION NO. 6:07cv30 |
| DIRECTOR, TDCJ-CID | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge John D. Love. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case. Petitioner filed objections to the Report.

This Court made a *de novo* review of Petitioner's objections and determined that they lack merit. Petitioner's objections include a motion to extend time to respond to the Report and Recommendation because Petitioner needs additional time for legal research so that he can prepare his objections. As the Report and Recommendation explains, because, as Petitioner states, he is not eligible for mandatory supervision, he has no basis for habeas corpus relief based on the prison disciplinary case that he is challenging. Additional research time is unnecessary.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS** that Petitioner's motion to extend time is **DENIED**;

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED WITH PREJUDICE**;

**ORDERS** that Petitioner is denied a certificate of appealability; and

**ORDERS** that all motions not previously ruled on are denied.

**So ORDERED and SIGNED this 18th day of April, 2007.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**